# UNITED STATES DISTRICT COURT
for the

Middle District of Florida ▼

| | | |
|---|---|---|
| ANNIE H. EWTON | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 8:16 cv 978 36 TBM |
| PUSHPIN HOLDINGS LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ PUSHPIN HOLDINGS LLC
1 PENN PLAZA
Box #6255
New York, New York 10110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ANNIE H. EWTON
11620 MJ Rd.
Myakka City, Fl. 34251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 2 2 2016

_Signature of Clerk or Deputy Clerk_