# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANNIE H. EWTON,

    Plaintiff,

v.                                                        Case No: 8:16-cv-978-T-36TBM

PUSHPIN HOLDINGS LLC,

    Defendant.

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **PUSHPIN HOLDINGS LLC** in Tampa, Florida on the 1st day of June, 2016.

                                                     SHERYL L. LOESCH, CLERK

                                                     s/C. Roberts, Deputy Clerk

Copies furnished to:

Counsel of Record