# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANNIE H. EWTON

   Plaintiff

-v-                                             Case No. 8:16-cv-978-T-36TBM

PUSHPIN HOLDINGS, LLC

   Defendants

---

## MOTION FOR ENTRY OF DEFAULT JUDGEMENT

---

Plaintiff ( Annie H. Ewton ) requests that entry of judgment by default be entered against Defendant (PUSHPIN HOLDINGS LLC) pursuant to Federal Rule of Civil Procedure 55 (b). In support of this request plaintiff relies upon the record in this case and the affidavit Submitted herein.

Dated this 23rd day of June 2016.

_____
Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNIE H. EWTON

Plaintiff

Case No: 8:16-cv-978-T-36TBM

PUSHPIN HOLDINGS, LLC

Defendants

---

MOTION FOR ENTRY OF DEFAULT JUDGEMENT

---

Plaintiff ( Annie H. Ewton ) requests that entry of judgment by default be entered against Defendant (PUSHPIN HOLDINGS LLC) pursuant to Federal Rule of Civil Procedure 55 (b). In support of this request plaintiff relies upon the record in this case and the affidavit Submitted herein.

Dated this ________ day of ____________ 2016.

_______________________________
Plaintiff

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Annie H. Ewton
  Plaintiff

-v-                                                  Case No: 8:16-cv-978-T-36TBM

Pushpin Holdings LLC
  Defendant

## CERTIFICATE OF SERVICE

I, Annie H. Ewton, hereby certify that I am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of the Motion for Entry of Default Judgment, Affidavit in Support of Motion for Entry of Default judgment to be placed in a postage-paid envelope addressed to the defendant, at the address stated below, which is the last known address of said defendant and deposited said envelope in the United States mail.

PUSHPIN HOLDINGS LLC
One Penn Plaza
PO Box 6255
New York, NY 10119

Dated this 23rd day of June 2016

_Annie H. Ewton_

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Annie H. Ewton,
Plaintiff

Case No: 8:16-cv-978-T-36TBM

-v-

Pushpin Holdings LLC
Defendant

---

CERTIFICATE OF SERVICE

I, Annie H. Ewton, hereby certify that I am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of the Motion for Entry of Default Judgment, Affidavit in Support of Motion for Entry of Default Judgment to be placed in a postage-paid envelope addressed to the defendant, at the address stated below, which is the last known address of said defendant and deposited said envelope in the United States mail.

PUSHPIN HOLDINGS LLC
One Penn Plaza
PO Box 6255
New York, NY 10119

Dated this _____ day of _____, 2016

_____