# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANNIE H. EWTON

Plaintiff

Case No. 8:16-cv-978-T-36TBM

-v-

PUSHPIN HOLDINGS LLC

Defendant

---

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

---

I, Annie H. Ewton, being duly sworn, state as follows:

1. I am the plaintiff in the above-entitled action and I am familiar with the file, Records and pleadings in this matter.

2. The summons and complaint were served upon the defendant on April, 28, 2016.

3. An answer to the complaint was due on May 19th, 2016. No response was Served within the time allowed by law nor has the defendant sought additional time within which to respond.

4. The default of defendant was entered on June 2nd. 2016.

5. As required by the Service members Civil Relief Act of 2003, I have Confirmed that the defendant is not currently in active military Service.

6. To my best information and belief, defendant is not an infant or incompetent person.

7. The claim of the plaintiff is for: $1,500 per call (20-calls) $30,000.00 in the summons and complaint,   $400.00 court cost, $58.00 for Servicer, $14.04 mailings. For a total sum of $30,472.04.

If the dollar amount is for a sum certain, the clerk of court may enter the default judgment. If the dollar amount is not a sum certain and or additional relief is sought, such as an injunction, a hearing will be set.

_____
**Plaintiff**

Sworn to and subscribed before me this __23rd__ day of __June__ 2016.

_____
**Notary Public**

My Commission Expires: __2/15/19__

MELANIE L. JOHNSTON
Notary Public - State of Florida
My Comm. Expires Feb 15, 2019
Commission # FF 169466