# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| ANNIE H. EWTON | ) |
| v. | ) Case No.: 8:16-cv-978-T-36TBM |
| PUSHPIN HOLDINGS, LLC | ) |

## Bill of Costs

Judgment having been entered in the above entitled _____ against  PUSHPIN HOLDINGS, LLC ,
                                                          Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 400.00 |
| Fees for service of summons and subpoena | 58.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) ...Mailings, Certified... | 14.04 |
| TOTAL | $ 472.04 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service by e-mail as set forth below and/or.

☑ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:   NA

For: Annie H. Ewton    Name of Claiming Party [signature]    Date: 06/23/2016

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
Clerk of Court                       Deputy Clerk                   Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

ANNIE H. EWTON )
)
v. ) Case No.: 8:16-cv-978-T-36TBM
)
PUSHPIN HOLDINGS, LLC )
)

## Bill of Costs

Judgment having been entered in the above entitled action on _____ against __PUSHPIN HOLDINGS, LLC__ ,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................ | $ 400.00 |
| Fees for service of summons and subpoena ................................................................ | 58.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ............ | |
| Fees and disbursements for printing ................................................................ | |
| Fees for witnesses (itemize on page two) ................................................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ................................................................ | |
| Docket fees under 28 U.S.C. 1923 ................................................................ | |
| Costs as shown on Mandate of Court of Appeals ................................................................ | |
| Compensation of court-appointed experts ................................................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ................................................................ | 14.04 |
| **TOTAL** | $ 472.04 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service by e-mail as set forth below and/or

☒ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: N/A

Name of Attorney:

For: Annie H. Ewton Date: 06/23/2016
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Deputy Clerk
Clerk of Court Date

```
Court Name: Florida Middle District
Division: 8
Receipt Number: TPA036331
Cashier ID: acastill
Transaction Date: 04/22/2016
Payer Name: ANNIE EWTON

CIVIL FILING FEE
 For: ANNIE EWTON
 Case/Party: D-FLM-8-16-CV-000978-001
 Amount:        $400.00

CREDIT CARD
 Amt Tendered: $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00


Payments by check/money order will
result in a one-time electronic
debit from your account. Funds may
be withdrawn within 24 hours. If
there are insufficient funds, we
will impose a $53.00 fee.
```